FILED

04/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0567

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 23-0567

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JORY JERAE SONGER,

Defendant and Appellant.

## ORDER

UPON the Defendant's unopposed motion for extension, good cause appearing therefrom,

IT IS HEREBY ORDERED that the deadline to file the opening brief in this matter is extended to May 12, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 16 2024